IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 15-cv-00090-PAB-KMT | Date: | July 9, 2015 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*  *Counsel:*

MICHAEL D. ELLIS,                                James Cederberg

   Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY OF         Clinton Swift
BOSTON, a New Hampshire corporation,

   Defendant.

## COURTROOM MINUTES

**MOTION HEARING**

**1:30 p.m.       Court in session.**

Court calls case. Appearances of counsel.

Discussion and argument regarding dual role conflict of interest with respect to Dr. Belliveau.

Court states its findings.

**ORDERED**: **Plaintiff's Amended Motion to Allow Discovery [27] is DENIED, as stated on record.**

Discussion regarding briefing schedule.

**2:23 p.m.       Court in recess.**

Hearing concluded.
Total in-court time    00:53

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.