IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 15–cv–00090–KMT

MICHAEL D. ELLIS,

    Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, a New Hampshire corporation,

    Defendant.

---

**ORDER**

---

This matter is before the court on Plaintiff's "Motion to Amend Scheduling Order" [Doc. No. 55]. Defendant filed its Response noting it does not oppose an amendment to the Scheduling Order [Doc. No. 19] "to reflect that the parties do not agree as to the standard of review by the Court in this case." [Doc. No. 59 at ¶ 2.]

It is therefore **ORDERED**

Plaintiff's "Motion to Amend Scheduling Order" [Doc. No. 55] is **GRANTED**. The Scheduling Order [Doc. No. 19] is amended at page 4, ¶ 6(a)(ii) Standard of Review, to state: "Plaintiff contends that the applicable standard of review is *de novo*. Defendant contends that the applicable standard of review is arbitrary and capricious."

Dated this 9th day of September, 2015

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge